Comstock <em>against</em> Rathbone.

Rathbone <em>against</em> Comstock.

Motion to set
aside a report
of referees
must be made
the next term
after the report is made.

WOODWORTH, attorney general, moved to set aside the reports of the referees in both causes on the merits.

*Foot*, contra, objected that the motion ought to have been made at the last term, as the reports were made in *October*, and final judgment had been entered thereon ; and no certificate to stay proceedings had been obtained until since the last term.

*Per Curiam.* The objection is fatal. The application is too late, and no sufficient excuse is shewn for the delay. The case of *Shepherd ad'm. Case,* in *January* term, 1800, is in point.

Rule refused.